IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROY BEST,
        Plaintiff,

vs.                                  3:04cv353/RV/MD

JOHN E. POTTER,
        Defendant.

## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff's motion of dismissal, (doc. 17), which he filed after discussions with the Office of the United States Attorney. The defendant has responded, indicating he has no objections to the dismissal of the case.

Accordingly, it is respectfully RECOMMENDED:

That plaintiff's motion to dismiss (doc. 17) be granted and this case be dismissed without prejudice, with each side to bear its own costs.

At Pensacola, Florida, this 1st day of June, 2005.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).