IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROY BEST,**
    Plaintiff,

vs.                          CASE NO.: 3:04cv353/LAC/MD

**JOHN E. POTTER,**
    Defendant.

_____

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 1, 2005. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    The plaintiff's motion to dismiss (doc. 17) is granted and this case is dismissed without prejudice, with each side to bear its own costs.

    DONE AND ORDERED this 7th day of July, 2005.


                                            s/*L.A. Collier*
                                            **LACEY A. COLLIER**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**